Decided March 2, 2005

STATE OF CONNECTICUT *v.* BRUCE LEFORT

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 751 (AC 24456), is denied.

*William B. Westcott,* in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided March 2, 2005